# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

128346

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EMILJAN KELLEZI,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128346
COA: 259103
Ingham CC: 02-000329-FH

_____/

      On order of the Court, the application for leave to appeal the February 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
Clerk

11006